**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RODNEY A. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-158-JSD |
| | ) | |
| MADISON COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

Plaintiff Rodney A. Campbell has filed a Prisoner Civil Rights Complaint Under 42 U.S.C. § 1983 in this Court, but he has not paid the $405 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. (ECF No. 1). *See* E.D. Mo. Local Rule 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis"). Plaintiff will therefore be directed to either file an Application to Proceed in District Court Without Prepaying Fees or Costs or pay the full $405 filing fee within **21 days** of the date of this order. If Plaintiff fails to comply, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall send Plaintiff a copy of the Court's Application to Proceed in District Court Without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that Plaintiff must either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **21 days** of the date of this order.

**IT IS FURTHER ORDERED** that if Plaintiff fails to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **21 days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 23rd day of April, 2026.

_____

JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE